No. 241. NEW YORK AND PORTO RICO STEAMSHIP COMPANY, PLAINTIFF IN ERROR, *v.* J. OCHOA Y HERMANO, ETC.; and No. 242. NEW YORK AND PORTO RICO STEAMSHIP COMPANY, PLAINTIFF IN ERROR, *v.* SUCCESSORS OF M. LOMBA & CO., ETC. In error to the District Court of the United States for the

District of Porto Rico.   April 20, 1904.   Dismissed with costs, on motion of *Mr. James H. Hayden* for plaintiff in error. *Mr. John G. Carlisle, Mr. F. Kingsbury Curtis* and *Mr. Joseph K. McCammon* for plaintiff in error. *Mr. Frederic D. McKenney* and *Mr. F. H. Dexter* for defendants in error.